# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL RAY JOHNSON**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**<br><br>　　　　**Defendants.** | 4:24CV3007<br><br><br>ORDER |

Pursuant to the Notice of Settlement (Filing No. 27) filed by defendant Experian Information Solutions, Inc. ("Experian") as to defendant Experian, *only,*

**IT IS ORDERED:**

1. On or before **June 14, 2024**, the plaintiff and defendant Experian shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the plaintiffs' claims against Experian and

2. Absent compliance with this order, the plaintiff's claims against Experian may be dismissed without further notice.

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of April, 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge