IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RAY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | 4:24CV3007<br><br>**ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC** |

This matter is before the Court on the Stipulation of Dismissal between Plaintiff Michael Ray Johnson and Defendant Equifax Information Services, LLC. (Filing No. 39.) In accordance with the Stipulation,

**IT IS ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC are dismissed with prejudice, with each party to bear its own costs and fees.

Dated this 8th day of August, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge