IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RAY JOHNSON, | |
| Plaintiff, | **4:24CV3007** |
| vs. | |
| | **ORDER OF DISMISSAL** |
| TRANS UNION, LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice as to Defendant Trans Union, LLC.  (Filing No. 44.)  Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that Defendant Trans Union, LLC is dismissed with prejudice, with the parties to bear their own costs fees and costs.  Given the dismissal of the only remaining defendant, this case is now closed.

Dated this 2nd day of December, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge